UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SAID JOHANESEN,

      Petitioner,

v.

      Case No. 21-mc-50982
      Hon. Matthew F. Leitman

DOUGLAS JEEP, INC.,

      Defendant.

and

FCA US LLC,

      Respondent.
_____/

## ORDER DISMISSING CASE AS TO RESPONDENT FCA US LLC, ONLY

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Petitioner, this case is DISMISSED without prejudice as to Respondent FCA US LLC, Only.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: November 22, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 22, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda  
                                              Case Manager  
                                              (810) 341-9764